1

2                          UNITED STATES DISTRICT COURT
                                DISTRICT OF NEVADA
3

4  James H. Dillard, II,                          Case No. 2:23-cv-01242-CDS-DJA

5                    Plaintiff              **Order Adopting Magistrate Judge's Report
                                                and Recommendation and Closing Case**
6         v.

7  Damon Lovell, Marquis Edwards, and                      [ECF No. 7]
   Kenneth Rucker,
8

9                    Defendants

10

11        Pro se plaintiff James H. Dillard, II brings this defamation action against defendants

12 Damon Lovell, Marquis Edwards, and Kenneth Rucker. Compl., ECF No. 1-1. Because Dillard

13 applied to proceed *in forma pauperis*, Magistrate Judge Daniel J. Albregts screened the complaint

14 and dismissed it without prejudice for failure to state a claim but allowed Dillard leave to amend.

15 Order, ECF No. 3 at 4. Dillard had until November 27, 2023, to file an amended complaint. *Id.*

16 Judge Albregts cautioned Dillard that failure to file an amended complaint by that date would

17 result in a recommendation that the action be dismissed. *Id.* Dillard did not file an amended

18 complaint by the deadline, nor otherwise respond to the court's order. Thus, on February 5, 2024,

19 Judge Albregts issued a report and recommendation (R&R) that this case be dismissed without

20 prejudice. R&R, ECF No. 7.

21        Under this district's local rules, parties wishing to object to an R&R must file objections

22 within fourteen days after service of notice. LR IB 3-2(a); *see also* 28 U.S.C. § 636(b)(1)(C). As of

23 the date of this order, Dillard has neither objected to the R&R nor requested more time to do so.

24 And "no review is required of a magistrate judge's report and recommendation unless objections

25 are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474

26 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Still, I

1   nonetheless reviewed Judge Albregts' order and the docket in this matter. Upon learning that

2   Dillard failed to file an amended complaint as directed, and has filed nothing since, I adopt the

3   R&R in full.

4                                              **Conclusion**

5          IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation

6   **[ECF No. 7] is ADOPTED** in its entirety.

7          IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice based on

8   Dillard's failure to file an amended complaint in compliance with Judge Albregts' October 27,

9   2023, order.

10         The Clerk of Court is kindly directed to enter judgment accordingly and close this case.

11         Dated: July 18, 2024

12

13         _____

14         Cristina D. Silva
           United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26